IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| JOSEPH JONES, ON BEHALF OF HIMSELF AND THOSE SIMILARLY SITUATED,<br><br>    Plaintiff,<br>v.<br><br>GOLDCO, LLC, AN ALABAMA LIMITED LIABILITY COMPANY,<br><br>    Defendant. | CASE NO.: 7:12-CV-124(HL) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, through undersigned counsel, hereby file this stipulation of dismissal with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), seeking to dismiss with prejudice all of the claims of Plaintiff Joseph Jones and Opt-In Plaintiff Malcolm Carter in this action against the Defendant.

Respectfully submitted this 14th day of January, 2013.

s/ C. RYAN MORGAN
C. Ryan Morgan, Esq., Pro Hac Vice
Florida Bar No. 0015527
Morgan & Morgan, P.A.
20 N. Orange Ave., 14th Floor
Orlando, FL 32802-4979
Telephone:    (407) 420-1414
Facsimile:    (407) 425-8171
Email: rmorgan@forthepeople.com
*Counsel for Plaintiff*

Robert D. Howell, Esq.
Georgia Bar No. 372598
P.O. Box 100
Moultrie, Georgia 31776
Phone: (229) 985-5300
Email: robert.howell@southgalaw.com
*Local Counsel for Plaintiff*

s/ DAVID R. KRESSER
David R. Kresser, Esq.
GABN: 429615
FISHER & PHILLIPS, LLP.
1075 Peachtree Street, NE
Suite 350
Atlanta, GA 30309
Telephone: (404) 231-1400
Facsimile: (404) 240-4249
Email: dkresser@laborlawyers.com

*Attorney for Defendant*